UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | FILED |
|---|---|
| | May 06, 2011 |
| | CLERK, US DISTRICT COURT |
| | EASTERN DISTRICT OF |
| | CALIFORNIA |
| | DEPUTY CLERK |

UNITED STATES OF AMERICA,          )

                    Plaintiff,          )          Case No. CR.S-11-0148-KJM

v.          )

          )          ORDER FOR RELEASE OF

HUANG YU LUN,          )          PERSON IN CUSTODY

                    Defendant.          )

          )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release HUANG YU LUN, Case No. CR.S-11-0148-

KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

_____     Release on Personal Recognizance

_X__     Bail Posted in the Sum of: $50,000.00

          _X__     Co-Signed Unsecured Appearance Bond

          _____     Secured Appearance Bond

          _X__     (Other) Conditions as stated on the record.

          _X__     (Other) The completed unsecured bond paperwork is to be filed by 05/13/11.

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  05-06-2011   at  3:00 p.m.

By  _____

          Edmund F. Brennan

          United States Magistrate Judge